UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                          Chapter 7

Mary L. Donovan            Case No. 13-13767-JNF
    Debtor

## TRUSTEE'S STATUS REPORT

John Desmond, Trustee, reports that he is investigating a potential fraudulent transfer of money made by the debtor to her son. The trustee expects that he will make a determination of whether to file suit on the potential cause of action within 60 days. There is no money in the estate and the potential cause of action is the only asset to administer in the case.

Dated:      March 9, 2015

/s/ John O. Desmond
_____
John O. Desmond (BBO 554580)
Trustee
24 Union Avenue
Framingham, MA 01702
Tel: (508) 879-9638
Email: trustee@jdesmond.com

CERTIFICATE OF SERVICE

March 9, 2015

       I, John O. Desmond, certify under the pains and penalties of perjury that on this date, true and correct copies of the foregoing TRUSTEE'S STATUS REPORT were served via the U.S. Bankruptcy Court's CM/ECF filing system or by U.S. Mail, First Class, postage pre-paid, to those persons not appearing on the Court's receipt of electronic filing:

United States Trustee

Ira Grolman, Esq.                    Attorney for Trustee


                                        /s/ John O. Desmond
                                        _____
                                        John O. Desmond